UNITED STATES of America,
Plaintiff–Appellee,

v.

Nina K. RAJWANI, Defendant–
Appellant.

No. 07–10636.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 25, 2008.

Bret E. Helmer, U.S. Attorney's Office Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Nina K. Rajwani, Oklahoma City, OK, pro se.

Before SMITH, BARKSDALE, and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Nina Rajwani has moved to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Rajwani has filed a response. Our independent review of the record, counsel's brief, and Rajwani's response discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.